THE PEOPLE *ex rel.* Robert Hewitt, County Collector, Appellee, *vs.* THE CINCINNATI, LAFAYETTE AND CHICAGO RAILROAD COMPANY, Appellant.

*Opinion filed December 16, 1914.*

This case is controlled by the decision in *People* v. *Chicago, Indiana and Southern Railroad Co.* (*ante,* p. 528.)

APPEAL from the County Court of Kankakee county; the Hon. A. W. DESELM, Judge, presiding.

W. R. HUNTER, (L. J. HACKNEY, of counsel,) for appellant.

WAYNE H. DYER, State's Attorney, for appellee.

Per CURIAM: This is an appeal from a judgment of the county court of Kankakee county overruling appellant's objections to a tax levied for State aid roads and to a district road tax levied in the town of Norton, in said county. The record is the same and the objections are the same objections made in *People* v. *Chicago, Indiana and Southern Railroad Co.* (*ante,* p. 528.) For the reasons there stated the judgment is affirmed as to the State aid road tax and reversed as to the district road tax of the town of Norton.

*Affirmed in part and reversed in part.*